**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



GRADY E. MAYS,

    Plaintiff,

v.                    Civil Action No. 3:13CV636

MEDICAL DIRECTOR, PETERSBURG MED.,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on October 22, 2013, the Court conditionally docketed Grady E. Mays's action. At that time, the Court directed Mays to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Mays that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Mays has not complied with the order of this Court. Mays failed to return the consent to collection of fees form. As a result, he does not qualify for <u>in forma pauperis</u> status. Furthermore, he has not paid the statutory filing fee for the instant action. <u>See</u> 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Mays.

                                                     /s/    REP

Robert E. Payne
Senior United States District Judge

Date: January 2, 2013
Richmond, Virginia